UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. CHIRCO and
DOMINIC MOCERI,

       Plaintiff,                       CIVIL ACTION NO. 03 CV 72145 DT

v.                                   DISTRICT JUDGE DENISE PAGE HOOD

ROSEWOOD VILLAGE, LLC, *et al.*,     MAGISTRATE JUDGE VIRGINIA M. MORGAN

       Defendants.
_____/

## ORDER

This matter is before the court on Plaintiffs' Request for Reconsideration of Report and Recommendation. There is no provision in either the Local Rules or the Federal Rules of Civil Procedure allowing a party to seek reconsideration of a report and recommendation. A party seeking to challenge a magistrate judge's report and recommendation may file objections thereto, as plaintiffs' have done in this case. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration be stricken from the record.

                                          s/Virginia M. Morgan
                                          VIRGINIA M. MORGAN
                                          UNITED STATES MAGISTRATE JUDGE

Dated:   April 21, 2005

---

**Proof of Service**

The undersigned certifies that a copy of the foregoing ORDER was served on the attorneys of record herein by electronic means or U.S. Mail on April 21, 2005.

                        s/Jennifer Hernandez
                        Case Manager to
                        Magistrate Judge Morgan